1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDUARDO MEDINA-MENDOZA

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:10-CR-00314 OWW
                                    )
12           Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING;
13      v.                          )   ORDER
                                    )
14 EDUARDO MEDINA-MENDOZA,          )   Date:  March 14, 2011
                                    )   Time:  9:00 a.m.
15           Defendant.             )   Judge: Hon. Oliver W. Wanger
                                    )
16 _____  )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19 respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20 March 7, 2011, **may be continued to March 14, 2011 at 9:00 a.m.**

21      This continuance is requested by counsel for defendant to allow additional time for investigation

22 and case preparation prior to hearing.  Assistant United States Attorney Karen Escobar does not object to

23 this request.  The requested continuance will conserve time and resources for all parties and the court

24 ///

25 ///

26 ///

27 ///

28 ///

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2    that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3    in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4    reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: March 2, 2011         /s/ Karen A. Escobar
                             KAREN A. ESCOBAR
                             Assistant United States Attorney
                             Attorney for Plaintiff

                             DANIEL J. BRODERICK
                             Federal Defender

DATED: March 2, 2011         /s/ Melody M. Walcott
                             MELODY M. WALCOTT
                             Assistant Federal Defender
                             Attorney for Defendant
                             EDUARDO MEDINA-MENDOZA

### ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 3, 2011**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE